

## Attachment A Statement of Facts

*The undersigned parties hereby stipulate and agree that the following facts are true and accurate, and that if this matter had gone to trial, the government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter gone to trial.*

Joseph Davis ("Davis"), age 39, resided in Silver Spring, Maryland. As detailed below, between May 2010 and March 2012, Davis produced or possessed images of minors engaged in sexually explicit conduct.

Relevant Conduct, Victim Jane Doe #1:

Victim Jane Doe #1 is a minor female who was 5 and 6 years old at the time of the production of the images. On or about May 29, 2010, Davis produced eleven (11) sexually explicit images of Jane Doe #1, who was 5 years old at the time. One of the images, titled "12.jpg," depicts a close up picture of Jane Doe #1's vaginal area; another image, titled "P5290785.jpg," depicts a close up of Jane Doe #1's vagina with two fingers pulling the vaginal area open. These images were saved on an Olympus Digital Camera, model uD800, S800. On or about August 26, 2010, Davis produced twenty-seven (27) sexually explicit images of Jane Doe #1, who was 6 years old at the time. These images included: (1) "IMG_1778.jpg," which depicts a close up of Jane Doe #1's vaginal area with part of a hand pulling down a pinkish-colored pull-up; (2) "IMG_1797.jpg," which depicts a hand holding a smaller wrist while the smaller hand is grasping an erect adult male's penis; and (3) "IMG_1800.jpg," which depicts an adult male's erect penis in contact with the backside of a prepubescent child. These images were created and saved on an Apple iPhone. On or about September 4, 2010, Davis produced twenty-four (24) sexually explicit images of Jane Doe #1, who was 6 years old at the time. These images included: (1) "IMG_1873.jpg," which depicts a close up of Jane Doe #1's vaginal area, with two fingers spreading the vagina; (2) "IMG_1889.jpg," which depicts Jane Doe #1 wearing a tie dye shirt and no pants or underwear, laying on a pink and white quilt with an erect penis either over or touching Jane Doe #1; and (3) "IMG_1894.jpg," which depicts an adult hand holding down Jane Doe #1's wrist, and Jane Doe #1's hand holding an erect adult male's penis. These images were created and saved on an Apple iPhone.

Relevant Conduct, Victim Jane Doe #2:

Victim Jane Doe #2 is a minor female who was six years old at the time of the production of the images. On or about September 21, 2010, Joseph Davis produced nine (9) sexually explicit images of Jane Doe #2. These images included: (1) "IMG_1970.jpg," which depicts a close up of Jane Doe #2's vagina with two fingers touching the vaginal area; (2) "IMG_1975.jpg," which depicts an erect adult male penis touching Jane Doe #2's vagina; and (3) "IMG_1977.jpg," which depicts an erect adult male penis touching Jane Doe #2's vagina with a hand holding the erect penis. These images were created and saved on an Apple iPhone4. On or about April 5, 2011, Joseph Davis

produced five (5) sexually explicit images of a prepubescent female, including an image entitled "!MG_1753.jpg," which depicts a close up of the prepubescent female's vagina with two fingers visibly spreading the girl's vaginal area. These images were created and saved on a Canon EOS Rebel T2i camera. On or about October 27, 2011, Joseph Davis produced five (5) sexually explicit images of a prepubescent female. These images included: (1) "IMG_3837.jpg," which depicts a close up of a prepubescent female's vaginal area and buttocks; (2) "IMG_3838.jpg," which depicts a close up of a prepubescent female's vagina; and (3) "IMG_3839.jpg," which depicts a close up of a prepubescent female's vagina. These images were created and saved on an Apple iPhone4 with GPS capability.

Relevant Conduct, Victim Jane Doe #3:

On or about August 11, 2010, Davis produced three (3) sexually explicit images of Jane Doe #3. These images include "photo1.jpg," which depicts a close up of Jane Doe #3's vaginal area with Davis' finger touching Jane Doe #3's vaginal area, and "photo2.jpg," which depicts a close up of Jane Doe #3's vaginal area with Davis' finger touching Jane Doe #3's vaginal area. These images were produced using an Apple iPhone, which was manufactured in China. The images were saved on a Western Digital 750 GB external hard drive, which was manufactured in Thailand.

Relevant Conduct, Possession of Child Pornography:

On or about March 2, 2012, Joseph Davis possessed a Western Digital 750 GB external hard drive, S/N WCASJ0791328, which contained images of child pornography, including, but not limited to, a video file with the following title: "Jenny Blows," a video in which a prepubescent female is performing oral sex on an adult male while the adult male is touching the prepubescent female's vaginal area with his fingers, and in which the prepubescent female is naked and, in parts of the video, there is yellow rope tied around her thighs and ankles and her wrists appear to be bound together.

Additional Facts:

Joseph Davis was employed by the Seventh Day Adventist Church in Montgomery County, Maryland. Upon discovery by church personnel of certain files, including images containing child pornography, on Mr. Davis's computer and external hard drive in the office, the Montgomery County Police began an investigation. The external hard drive was seized, as were additional computers, cameras, and phones from Mr. Davis's residence.

The devices mentioned immediately above contained images of minors engaged in sexually explicit conduct. In addition to the images of child pornography that Davis produced as described above, there were many images of child pornography located on the seized items which Davis possessed. These devices, which were used to produce the images described above, were manufactured outside of the United States. The images were therefore produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any

means, including by computer.

I have reviewed the foregoing statement of facts with my attorney, understand it, agree with it, and do not wish to change any part of it. ~~I further understand that it is included as part of my plea agreement with the government in this case,~~

_____
Joseph Edgar Davis

We are Mr. Davis' attorneys. We have carefully reviewed the statement of facts with him.

_____
Joseph A. Balter, Esquire
Premal Dharia, Esquire